# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| MELINDA VAN HOY, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> HELEN ROSS MCNABB CENTER, INC., ) </br> ) </br> Defendant. ) </br> ) </br> ) | Case No. 3:14-cv-00148 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties, through their respective counsel, stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

/s/Richard Everett Collins
Richard E. Collins (TN Bar # 24368)
**COLLINS & DOOLAN, PLLC**
422 S. Gay St., Suite 301
Knoxville, TN 37902
(865) 247-0434
richard@collinsdoolan.com
www.collinsdoolan.com

s/Betsy J. Beck
Edward G. Phillips (BPR # 06147)
Betsy J. Beck (BPR #022863)
**KRAMER RAYSON LLP**
P.O. Box 629
Knoxville, TN 37901-0629
ephillips@kramer-rayson.com
bbeck@kramer-rayson.com
(865) 525-5134

## CERTIFICATE OF SERVICE

I hereby certify that I have this 19th day of November, 2015, filed a true and correct copy of the foregoing electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s *Richard Everett Collins*_____
Richard Everett Collins